UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID KENNETH JENNER, | Case No. C11-1643-RSM |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| ANGEL MEDINA, et al., | |
| Respondents. | |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Respondent's motion to dismiss (Dkt. 16) is GRANTED, and the Petitioner's habeas petition (Dkt. 8) is DENIED. This case is DISMISSED with prejudice.

ORDER OF DISMISSAL
PAGE - 1

1    (3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the
2 United States District Courts, a Certificate of Appealability is DENIED with respect to the
3 Court's determination that Petitioner's habeas petition is time-barred.
4    (4)    The Clerk is directed to send copies of this Order to counsel for the parties and
5 to Judge Donohue.
6    DATED this 24th day of May 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2